UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-327 (EGS) |
| | : | |
| v. | : | VIOLATIONS: 18 U.S.C. § 1341 |
| | : | (Mail Fraud Scheme to Obtain Money); |
| VERONICA WILLIAMS | : | 22 D.C. Code §§ 3211, 3212(b) |
| Defendant. | : | (Second Degree Theft) |

### UNITED STATES' MEMORANDUM IN AID OF PLEA HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully submits its Memorandum in Aid of Plea Hearing, currently scheduled in the above-captioned case for December 18, 2007, at 10:30 a.m.

**I.  ELEMENTS OF THE OFFENSE:**

The essential elements of Second Degree Theft, in violation of Title 22, District of Columbia Code, Sections 3211 and 3212(b), are: (1) that the accused wrongfully obtained the property of another, (2) that at the time the accused obtained the property, the accused specifically intended either to deprive that person of a right to the property or a benefit of the property or to take or make use of the property for him/herself or for another person, without authority or right, and (3) that the property had some value.  See Nowlin v. United States, 782 A.2d 288, 291 (D.C.2001) (quoting Criminal Jury Instructions for the District of Columbia, No. 4.38 (4th ed.1993)).

**II.  COPY OF THE PLEA AGREEMENT:**

An unexecuted copy of the defendant's plea agreement is attached.

**III.  PENALTIES:**

The maximum statutory penalties for Second Degree Theft, in violation of Title 22, District of Columbia Code, Sections 3211 and 3212(b), are 180 days of imprisonment, a fine of

up to $1,000 fine, and restitution.

IV.     **STATEMENT OF THE OFFENSE IN SUPPORT OF THE GUILTY PLEA:**

An unexecuted copy of the Statement of the Offense is attached.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

By:     _____/s/_____
OPHER SHWEIKI
Assistant United States Attorney
Bar No. 458776
Federal Major Crimes Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-8822
Opher.Shweiki@usdoj.gov