AO 455 (Rev. 5/85)   Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>Veronica Williams | WAIVER OF INDICTMENT<br><br>CASE NUMBER: 07-327 |

I, _Veronica Williams_, the above named defendant, who is accused of

FILED
DEC 1 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _December 18, 2007_ prosecution by indictment and consent that the
                                  Date
proceeding may be by information rather than by indictment.

_/s/ Veronica Williams_
Defendant

_/s/ Rita Bosworth_
Counsel for Defendant

Before _/s/ John M. Facciola_
        Judicial Officer