FILED

DEC 1 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-327 (EGS) |
|  | : |  |
| v. | : | VIOLATIONS: 18 U.S.C. § 1341 |
|  | : | (Mail Fraud Scheme to Obtain Money); |
| VERONICA WILLIAMS | : | 22 D.C. Code §§ 3211, 3212(b) |
| Defendant. | : | (Second Degree Theft) |

### STATEMENT OF OFFENSE

The parties in this case, the United States of America and the defendant, Veronica Williams, stipulate and agree that the following facts are true. These facts do not constitute all of the facts known to the parties concerning the charged offenses; they are being submitted to demonstrate that sufficient facts exist that the defendant committed the offense to which she is pleading guilty.

1. The Social Security Act of 1935 initiated the Federal and State Unemployment Insurance System which provides financial benefits to certain unemployed people. Claimants for these benefits must certify biweekly periods as to their continued unemployed status in order to be paid compensation. These certifications are made by the claimant on mail-in claim cards and require the claimant to provide his or her signature, attesting to the accuracy of the information. This program is administered by the U.S. Department of Labor, a federal agency and, for residents of the District of Columbia, the District of Columbia Department of Employment Services ("DOES"), 609 H Street, NE, Washington, D.C. 20002.

2. At all times relevant to this statement, the defendant, due to her employment by a District of Columbia employer, was eligible when unemployed during certain periods for Unemployment Insurance ("UI") payments.

3.      From on or about January 2001 up until on or about May 2004, the defendant created a scheme to receive unemployment compensation to which she knew she was not entitled, by making claims for benefits from the District of Columbia for unemployment compensation benefits when in fact she was employed and receiving compensation from her employer, or by materially under reporting her actual earnings from her employer.

4.      For example, the defendant made a claim for UI payments from DOES between the weeks ending April 20, 2002 and June 25, 2002. However, during this period, the defendant was not unemployed; instead, she was employed and paid by her employer, The Hotel Washington. The defendant certified on claim cards that she did not perform work for each of these periods on which she was making a claim. She then mailed those cards back to DOES through the U.S. Post Office, and cashed checks issued to her for those time periods. As a result, she received approximately $2,148 to which she was not entitled.

5.      On another occasion, the defendant made a claim for UI payments from DOES between the weeks ending February 22, 2003 and June 21, 2003. Again, during this period, the defendant was not unemployed; instead, she was employed and paid by her employer, the Hotel Washington. During this time period, rather than certify on the claim cards that she did not perform any work at all, the defendant reported that she made $91 per week, when in fact her income was significantly more. Again, she mailed those cards back to DOES through the U.S. Post Office, and cashed checks issued to her for those time periods. As a result, she received approximately $3,192 to which she was not entitled.

6. The defendant subsequently admitted that she received approximately $16,000 in UI compensation to which she was not entitled.

_____
Opher Shweiki
Assistant United States Attorney

_____
Rita Bosworth, Esq.
Attorney for Defendant


_____
Veronica Williams
Defendant


12·18·07
_____
Date

12-18-07
_____
Date

**DEFENDANT'S ACKNOWLEDGMENT**

I have read this Statement of the Offense and have discussed it with my attorney, Rita Bosworth, Esq. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 12-18-07

VERONICA WILLIAMS
Defendant

**ATTORNEY'S ACKNOWLEDGMENT**

I have read this Statement of the Offense, and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 12/18/07

RITA BOSWORTH, ESQ.
Assistant Federal Public Defender
Attorney for Defendant Veronica Williams