UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 07-327(EGS) |
| ) | |
| VERONICA WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

FILED

JAN - 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

In a hearing before Magistrate Judge John M. Facciola on December 18, 2007, defendant entered a plea of guilty. On December 18, 2007, the magistrate judge issued a Report and Recommendation advising the Court to accept defendant's plea. The Court has received no objection to the Report and Recommendation. *See* Local Crim. R. 57.19(b) ("Any party may file written objections to the magistrate judge's proposed findings and recommendations . . . within ten days after being served with a copy thereof."). Accordingly, the Court hereby adopts the recommendation of the magistrate judge and accepts defendant's guilty plea.

**SO ORDERED.**

Signed:    **Emmet G. Sullivan**
           **United States District Judge**
           **January 2, 2008**