UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-327 (EGS) |
| | : | |
| v. | : | VIOLATIONS: 18 U.S.C. § 1341 |
| | : | (Mail Fraud Scheme to Obtain Money); |
| VERONICA WILLIAMS | : | 22 D.C. Code §§ 3211, 3212(b) |
| Defendant. | : | (Second Degree Theft) |

**UNITED STATES' UNOPPOSED MOTION TO
ALLOW THE ROUTINE PROCESSING OF THE DEFENDANT**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby requests an order to permit the routine administrative processing of the defendant in this case on January 16, 2008. In support of this motion, the United States submits that:

1.   The defendant plead guilty to the charge of Second Degree Theft before Magistrate Judge John M. Facciola on December 18, 2007, and has not yet completed the necessary administrative processing by law enforcement, which would include booking, fingerprinting, and photographing. The defendant was not detained pending her sentencing date, which has been set for March 27, 2008.

2.   The undersigned government counsel has spoken with the attorney for the defendant, Rita Bosworth, Esq., and she represented that the defendant does not oppose this

motion. In addition, the parties have coordinated and propose the date of January 16, 2008, for such routine processing to take place.

                          Respectfully submitted,

                          JEFFREY A. TAYLOR
                          UNITED STATES ATTORNEY


                                    /s/
           By:    OPHER SHWEIKI
                  Assistant United States Attorney
                  Bar No. 458776
                  Federal Major Crimes Section
                  555 4th Street, N.W.
                  Washington, D.C. 20530
                  (202) 353-8822
                  Opher.Shweiki@usdoj.gov

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the United States' Unopposed Motion to Allow the Routine Processing of the Defendant was served upon counsel of record for the defendant, Rita Bosworth, Esq., Assistant Federal Public Defender, Federal Public Defender for the District of Columbia, 625 Indiana Avenue, N.W., Suite 550, Washington, D.C. 20004, through the electronic court filing system, this 11th day of January 2008.

                                                                                            /s/
                                                        OPHER SHWEIKI

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-327 (EGS) |
| | : | |
| v. | : | VIOLATIONS: 18 U.S.C. § 1341 |
| | : | (Mail Fraud Scheme to Obtain Money); |
| VERONICA WILLIAMS | : | 22 D.C. Code §§ 3211, 3212(b) |
| Defendant. | : | (Second Degree Theft) |

ORDER

Upon unopposed motion of the Government, and for good cause shown, it is ORDERED:

That defendant, Veronica Williams, on January 16, 2008, be accompanied by Agent Larry Carr of the District of Columbia Office of Inspector General to the Central Cell Block of the Metropolitan Police Department, at 300 Indiana Avenue, N.W., Washington, D.C., for the purpose of booking, fingerprinting, photographing, and other necessary processing in this case, and that this processing be a condition of the defendant's current release conditions.

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE