Original

U.S. Department of Justice
U.S. Attorneys

# United States District Court for the District of Columbia

**FILED**
JAN 17 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA    :

v.    :

Veronica Williams    :    Case No.  07-327 (EGS)

    :

## ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this ___16th___ day of ___January___, 2008 ___ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on ___January 16, 2008___ by ___Larry Carr (D.C. Office of Inspector General)___ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _____

_____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of _____ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_Emmet G. Sullivan_ (AS)
Judge (U.S. Magistrate)