IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>                                                 )<br>v.                                           )<br>                                                 )<br>VERONICA WILLIAMS           )<br>_____) | Cr. No. 07-327 (EGS) |

**DEFENDANT'S UNOPPOSED MOTION TO
MODIFY CONDITIONS OF RELEASE**

Veronica Williams, through undersigned counsel, hereby requests that the court modify her conditions of pretrial release pursuant to 18 U.S.C. § 3145(a)(2), and states in support the following:

1. On December 18, 2007, Ms. Williams pled guilty before Magistrate Judge Facciola to one count of Second Degree Theft, in violation of 22 D.C. Code §§ 3211 and 3212(b).

2. Ms. Williams was ordered to remain in the D.C. Metropolitan area as a condition of her release; however, Judge Facciola gave her permission to travel to North Carolina to see her family in January. This is reflected on the release form.

3. The reason Ms. Williams requested permission to visit North Carolina is that her son lives there, along with her mother. It is important to Ms. Williams that she see her son as much as possible, and she tries to visit him at least once a month.

4. As such, Ms. Williams now requests that the court modify her conditions of release to allow her to leave the D.C. Metropolitan area to travel to North Carolina once a month.

5. Assistant United States Attorney Opher Shweiki does not oppose this motion.

WHEREFORE Ms. Williams respectfully requests that the court modify her conditions of release to allow her to travel to North Carolina once a month.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____

RITA BOSWORTH
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C., 20004
(202) 208-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | No. 07-327 (EGS) |
| v. | ) | |
| | ) | |
| **VERONICA WILLIAMS** | ) | |
| | ) | |

## **ORDER**

_____Upon consideration of defendant's unopposed motion to modify her conditions of release, it is by the Court hereby

**ORDERED** that Ms. Williams shall be permitted to travel to North Carolina once a month.

_____SO ORDERED.

_____
THE HONORABLE EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE