UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 07-327(EGS) |
| | ) | |
| VERONICA WILLIAMS, | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of defendant's unopposed motion to modify her conditions of release, it is hereby

**ORDERED** that Ms. Williams shall be permitted to travel to North Carolina once a month.

**SO ORDERED.**

Signed:   **Emmet G. Sullivan**
**United States District Judge**
**January 29, 2008**