IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | CRIMINAL NO. 07-327 (EGS) |
| | : | |
| VERONICA WILLIAMS, | : | Next Date:   April 22, 2008 |
| | : | |
| Defendant. | : | |
| _____ | : | |

### UNITED STATES' MEMORANDUM IN AID OF SENTENCING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully submits its Memorandum in Aid of Sentencing, not opposing a probationary sentence and recommending that the defendant be sentenced to a term of 180 days imprisonment, execution of that sentence suspended in its entirety, with an order of restitution in the amount of the loss in this case.  In support thereof, the United States respectfully states the following:

### Background

1. The defendant's actions pertaining to this plea agreement are set forth in the proffer of evidence signed and accepted by the defendant on December 18, 2007.

2. In summary, the defendant, due to her previous employment by a District of Columbia employer, was eligible when unemployed during certain periods for Unemployment Insurance payments.  The United States Department of Labor and, for residents of the District of Columbia, the District of Columbia Department of Employment Services administers the program providing these payments.

3. From on or about January 2001, up until on or about May 2004, the defendant created a scheme to receive unemployment compensation to which she knew that she was not

entitled. As part of this scheme, the defendant wrongfully made claims for benefits from the District of Columbia for unemployment compensation benefits when, in fact, she was employed and receiving compensation from her employer, or by materially under reporting her actual earnings from her employer.

4. The defendant has admitted that she received approximately $16,000 in Unemployment Insurance payments to which she was not entitled.

## Statutory Penalties

5. Pursuant to D.C. Code sections 22-3211 and 3212(b), the defendant faces a maximum penalty of 180 days imprisonment, a fine of up to $1,000, and restitution. See PSR ¶ 45.

## Sentencing Guidelines

6. The Federal Sentencing Guidelines are not applicable because the defendant pled guilty to a violation of the District of Columbia Code, and the District of Columbia Voluntary Sentencing Guidelines are not applicable because that violation is a misdemeanor.

## Sentencing Recommendation

7. The government does not oppose a probationary sentence and recommends that the defendant be sentenced to a term of 180 days imprisonment, execution of that sentence suspended in its entirety, with an order of restitution in the amount of the loss in this case.

8. In this case, the defendant stole a considerable amount of money belonging to the government, in a deliberate scheme which took place over the course of a few years. However, the defendant has accepted responsibility for her actions; the defendant has no significant criminal history, with the Pretrial Services Report only listing a 2000 conviction in Savannah, Georgia for disorderly conduct; the defendant has agreed to make restitution payments, as part of

the plea agreement, in the amount of $16,340; and the Presentence Report indicates that the defendant is currently employed. See PSR ¶ 38.

9.  Accordingly, the government does not oppose a probationary sentence to enable the defendant to continue to prove herself as a productive and law-abiding member of the community.

## Conclusion

WHEREFORE, based upon the above, and the information reflected in the Presentence Report, the United States does not oppose a probationary sentence and recommends that the defendant be sentenced to a term of 180 days imprisonment, execution of that sentence suspended in its entirety, with an order of restitution in the amount of the loss in this case.

    Respectfully,

    JEFFREY A. TAYLOR
    UNITED STATES ATTORNEY


By: _____/s/_____
OPHER SHWEIKI
ASSISTANT UNITED STATES ATTORNEY
D.C. Bar Number 458776
United States Attorney's Office
555 Fourth Street, N.W., Room 4233
Washington, D.C. 20530
Phone: (202) 514-8822
Opher.Shweiki@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the United States' Memorandum in Aid of Sentencing was served upon counsel of record for the defendant, Rita Bosworth, Esq., Assistant Federal Public Defender, Federal Public Defender for the District of Columbia, 625 Indiana Avenue, N.W., Washington, D.C. 20004, through the electronic court filing system, this 12th day of March 2008.

_____/s/_____
OPHER SHWEIKI