**HONORABLE EMMET G. SULLIVAN, UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
APR 2 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | Docket No.: 07-CR-327 |
| --- | --- | --- |
| vs. | : | SSN: |
| WILLIAMS, Veronica | : | Disclosure Date: January 30, 2008 |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX):
   (X) There are no material/factual inaccuracies therein.
   ( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____       2/7/08
Prosecuting Attorney       Date

**For the Defendant**

(CHECK APPROPRIATE BOX):
   ( ) There are no material/factual inaccuracies therein.
   ( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____      _____
Defendant    Date       Defense Counsel    Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **February 13, 2008**, to U.S. Probation Officer **Kathie McGill**, telephone number **(202) 565-1421**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:    Gennine A. Hagar, Chief
       United States Probation Officer

TOTAL P.002